UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,                    CRIM. NO. 14-176(2) (MJD/JSM)

    Plaintiff,

v.                                                                    ORDER

ANTONIO MORALES ADALIT,
*Aka Adalit Morales Antonio*

    Defendant.

This matter came before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated May 21, 2015 [Doc.#89]. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, and upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order:

    IT IS HEREBY ORDERED that

    Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure [Docket No. 78] is **DENIED** as moot.

Dated: June 5, 2015

                                                       <u>s/Michael J. Davis</u>
                                                       MICHAEL J. DAVIS
                                                       Chief Judge
                                                       United States District Court